STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM T. MITCHELL, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. John C. Manna* for the respondent.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FELIX MELFA, A/K/A FRANCIS OSBORN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman, Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur Timins* for the respondent.

December 10, 1968. Denied.

CAMBRIDGE ACCEPTANCE CORPORATION, PLAINTIFF-PETITIONER, v. LEO HOCKSTEIN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 102 *N. J. Super.* 435.

*Mr. Herman J. Ziegler* for the petitioner.

*Mr. Marlin Simon* and *Mr. Robert Silver* for the respondents.

December 10, 1968. Denied.